FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00164 BnB
(The above civil action number must appear on all future papers
sent to the Court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARRY LAPPIN, Director BOP,
MICHAEL NALLEY, Regional Director BOP, and
RON WILEY, Warden ADX Supermax,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING PLAINTIFFS TO CURE DEFICIENCIES

---

Plaintiffs Mikeal Glenn Stine and Raymond Oechsle have submitted to the Court a Prisoner Complaint. Each Plaintiff also has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted by Plaintiff
(2) __ is missing affidavit
(3) xx is missing certified copy of both Plaintiff's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information

(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (*must use the court's current form*)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (*must use the court's current form*)
(12) ___ pleading submitted is missing an original signature by all of the prisoners
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ *Sufficient copies of the complaint for service on each defendant/respondent have not been received by the court.*
(17) ___ names in caption do not match names in text
(18) ___ Other

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order.** Any paper that either Plaintiff files in response to this Order must include the civil action number that is in the caption of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail a separate copy of this Order to each Plaintiff. It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies within thirty days from the date of this Order the action will be dismissed without further notice.

DATED at Denver, Colorado, this 24th day of January, 2008.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 00164

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

Raymond Oechsle
Reg. No. 44776-066
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above named individuals on  1-25-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk