IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Expedite Document # (9) being Emergency Motion for TRO/Preliminary Injunction** [Docket No. 28; filed May 14, 2008] (the "Motion").

    Plaintiffs request that their Motion for TRO/Preliminary Injunction [Docket No. 9; filed March 12, 2008] receive expedited treatment and an immediate evidentiary hearing. However, by Minute Order dated May 14, 2008, this Court ordered that Defendants' deadline to respond to Plaintiff's motion for TRO would not be set until the Preliminary Scheduling Conference, currently scheduled for September 3, 2008. The Court will address Plaintiffs' Motion for TRO in due course, following the Preliminary Scheduling Conference and Defendants' Responses.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:       June 2, 2008