IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Motion and Request to Correct Docket Sheet, Specifically Number (36)** [Docket No. 44; Filed July 3, 2008] (the "Motion").

    Plaintiff requests that the Court "correct Docket Sheet, due [sic] its public record and reflects Plaintiff Stine wrote U.S. Attorney about Jimmie Gholson . . . And should reflect letter from Jimmie Gholson to AUSA Brenda Taylor about Mikeal Stine." The Court has reviewed the docket in the instant case. On the docket, No. 36 is described as "Motion for Order to have a copy of a letter filed by the AUSA regarding inmate Jimmie Gholson by Plaintiff Mikeal Glenn Stine." The "letter" referred to in Docket No. 36 is from inmate Gholson to AUSA Brenda Taylor and was filed by Mr. Gholson, not the AUSA. The letter was filed at Docket No. 27. Thus, the Clerk's description of Docket No. 36 is inaccurate. The description for Docket No. 36 should read as follows: "Motion for Order by Plaintiff Mikeal Glenn Stine to receive copy of a letter to AUSA Brenda Taylor from Jimmie Gholson."

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to change the description of Docket No. 36 on the Civil Docket for Case #: 1:08-cv-00164-WYD-KLM as stated above.

    Dated:       July 15, 2008