IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's **Motion to Correct Docket Sheet and Strike Documents Listed Above for Each Case by <u>Mikeal Stine</u>** [Docket No. 67; Filed August 27, 2008] (the "Motion").

    Plaintiff takes the position that "someone has filed a motion to appoint counsel and or motion for injunctive order, by forging his name to alleged motions." *Motion* [#67] at 1. Plaintiff asks the Court to (1) strike the "forged motions"; (2) strike the Court's Order ruling on the "forged motions"; (3) "issue some type of order [requiring ADX officials] to attest Motion filed is actually Plaintiffs [sic] Motion"; and (4) require all mail to and from the Court to be marked as legal mail. *Id.* at 3.

    A perfunctory review of the "Motion to Appoint Counsel and" or Injunctive Order [Docket No. 55] establishes that similarities in handwriting, grammar, syntax and punctuation make it highly unlikely that these pleadings were drafted and signed by anyone other than Plaintiff. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:        August 28, 2008