IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE; and
RAYMOND OECHSLE,

    Plaintiffs,

v.

HARLEY LAPPIN, Director, BOP;
MICHAEL NALLEY, Regional Director, BOP; and
RON WILEY, Warden, ADX, Supermax,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Plaintiffs' Motion for Class Certification and Appointment of Counsel, filed February 21, 2008 (docket #7). Plaintiffs have filed no objection to Magistrate Judge Mix's Recommendation and Order in which Magistrate Judge Mix recommended that Plaintiffs' Motion for Class Certification be denied without prejudice and ordered that Plaintiffs' Motion for Appointment of Counsel be denied.

Magistrate Judge Mix advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Id. at 9. Despite this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." Summers

v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation and Order, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Mix that Plaintiffs have not made a sufficient showing to satisfy Rule 23.  Specifically, I agree with Magistrate Judge Mix that Plaintiffs have not made a sufficient showing to satisfy Rule 23(a)(4), which requires that the class representatives "will fairly and adequately protect the interests of the class."  Finally, I agree with Magistrate Judge Mix that the fact that Plaintiffs are incarcerated is a normal circumstance and does not provide special circumstances to consider determining whether to seek volunteer counsel.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated September 3, 2008, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED Plaintiffs' Motion for class certification is **DENIED WITHOUT PREJUDICE** subject to renewal in the event that circumstances arise that make class certification necessary or appropriate in this litigation.  It is

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

FURTHER ORDERED that the Order of United State Magistrate Judge dated September 3, 2008, as to appointment of counsel, is **ACCEPTED**. In accordance therewith, it is

ORDERED that to the extent Plaintiffs' Motion seeks the appointment of counsel it is **DENIED**.

Dated: September 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge