IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 08-cv-00164-WYD-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: October 2, 2008 | Courtroom Deputy, Kathleen Finney |

___

| | |
|---|---|
| MIKEAL GLENN STINE, and #55436-098 | Pro Se (telephone) |
| RAYMOND OECHSLE, #44776-066 | Pro Se (telephone) |

    **Plaintiff(s),**

v.

| | |
|---|---|
| HARLEY LAPPIN,, MICHAEL NALLEY, and RON WILEY, in their official and individual capacities, | Amy L. Padden |

    **Defendant(s).**
___

**COURTROOM  MINUTES  /  MINUTE  ORDER**
___

**HEARING:  PRELIMINARY SCHEDULING CONFERENCE**
**Court in Session: 10:31 a.m.**
Court calls case.   Telephonic appearance of *Pro Se* Plaintiffs; in court appearance of defense counsel.

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed.

**It is ORDERED:**     Defendant shall have up to and including **October 20, 2008** within which to respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction  [Docket No. 9, filed March 12, 2008]

**It is ORDERED:**     Plaintiff Stine's Motion for Temporary Restraining Order and Preliminary Injunction  [Docket No. 65, filed August 25, 2008] is **denied** because it was signed by Plaintiff Stine only, although it purports to seek relief for both Plaintiffs and other non-parties.

| | |
|---|---|
| **It is ORDERED:** | The exhibit (medical report) attached to Plaintiff Stine's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 65, filed August 25, 2008] **shall be attached** to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 9, filed March 12, 2008]. |
| **It is ORDERED:** | Defendant shall have up to and including **October 20, 2008** within which to respond to Plaintiff Stine's Motion for Order to Receive a Copy of a Letter [Docket No. 36, filed June 4, 2008]. |
| **It is ORDERED:** | Plaintiffs shall have up to and including **October 14, 2008** within which to file written Response(s) to Defendants' Motion to Dismiss [Docket No. 87, filed September 22, 2008]. |
| **It is ORDERED:** | Defendant Stine's Motion to Amend Complaint Naming Magistrate Judge Kristen L. Mix as a Defendant and Renewed Motion to Recuse Magistrate Judge Kristen L. Mix [Docket No. 90, filed September 25, 2008] is **denied in part.** The portion which requests recusal is **denied** for the reasons set forth in Docket No. 86. That portion which requests that Magistrate Judge Mix be added as a defendant **will be addressed** by District Judge Wiley Y. Daniel. |
| **It is ORDERED:** | Defendant Stine's Motion for Order of Limited Discovery and for Subpoenas [Docket No. 93, filed September 30, 2008] is **denied as moot.** |
| **It is ORDERED:** | DISCOVERY DEADLINE is **MARCH 31, 2009.** <br><br> DISPOSITIVE MOTIONS DEADLINE is **APRIL 30, 2009.** <br><br> Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions. <br><br> Each side shall be limited to three (3) depositions per side. |
| **It is ORDERED:** | The Court will not consider, and will summarily strike, any pleading purported to be filed for both Plaintiffs which is not signed by both Plaintiffs. Either Plaintiff may file pleadings on his own behalf which do not contain the signature of the other Plaintiff. |

HEARING CONCLUDED.
**Court in Recess**: **10:40 a.m.**
Total In-Court Time: 00:09