IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE, and
RAYMOND OECHSLE,

        Plaintiffs,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

        Defendants.

## ORDER TO DISMISS

THIS MATTER is before the Court on Plaintiff Raymond Oechsle's Motion to Voluntarily Dismiss Lawsuit Without Prejudice (doc. 98, filed October 8, 2008). After a careful review of the file, the Court concludes that Plaintiff Oechsle's claims should be dismissed without prejudice. Accordingly, it is

ORDERED that Plaintiff Raymond Oechsle's claims against Defendants in this lawsuit are DISMISSED WITHOUT PREJUDICE. Plaintiff Stine's claims against Defendants in this lawsuit remain pending.

Dated: October 10, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U.S. District Judge