IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

    Defendant(s).
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Copy of Document No. (27) Jimmie Gholson Letter Entered 5-6-2008** [Docket No. 36; Filed June 4, 2008] (the "Motion"). The Court has reviewed the Motion, Defendants' Response [Docket No. 106; Filed October 20, 2008], the entire case file and applicable case law and is sufficiently advised in the premises.

In the Motion, Plaintiff requests that he be provided a copy of a document filed in this case at Docket No. 27. The document referenced by Plaintiff is a letter from Jimmie Gholson, an inmate at the United States Penitentiary in Florence, Colorado, to Assistant United States Attorney Brenda Taylor. *See Letter* [#27]. While it is unclear how this letter came to be filed in this case, the Court assumes that Mr. Gholson sent the letter to the Clerk's Office, which then filed it in the above-captioned case based on the fact that Plaintiff Stine's name is mentioned in the letter. Pursuant to D.C.COLO.LCivR. 11.1A, "[o]nly *pro*

*se* individual parties and members of this court's bar may appear or sign pleadings, motions or other papers. Any pleading, motion, or paper listing in a signature block . . . by, any other person, partnership, professional corporation, . . . or other entity may be stricken." Mr. Gholson is not a party to this case, and may not file documents in a case to which he is not a party.

Accordingly, IT IS HEREBY **ORDERED** that the Letter from Jimmie Gholson [Docket No. 27; Filed May 5, 2008] is **STRICKEN** from the record.

IT IS FURTHER **ORDERED** that Plaintiff's **Motion for Copy of Document No. (27) Jimmie Gholson Letter Entered 5-6-2008** [Docket No. 36; Filed June 4, 2008] is **DENIED AS MOOT**.

                                             BY THE COURT:

                                             __s/ Kristen L. Mix_____

                                             United States Magistrate Judge

Dated:       October 22, 2008