IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00164-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

HARLEY LAPPIN, Director, BOP,
MICHAEL NALLEY, Regional Director, BOP, and
RON WILEY, Warden, ADX, Supermax,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Request and Motion for Ruling of Documents (9) and (36) for Defense Has Failed to Answer as Ordered** [Docket No.114; Filed October 27, 2008] (the "Motion").

In instant Motion, Plaintiff refers to his "Emergency Motion for T.R.O./Preliminary Injunction" [Docket No. 9; Filed March 12, 2008] (the "Motion for TRO") and "Motion for Copy of Document No. (27) Jimmie Gholson Letter Entered 5-6-2008" [Docket No. 36; Filed June 4, 2008] (the "Motion for Letter"). Plaintiff states that he has not received a response from Defendants to either of these motions, and therefore, concludes that Defendants have failed to answer within the applicable deadlines, thereby waiving their right to respond to the Motions. *Motion* [#114] at 2. Plaintiff requests that the Motion for TRO and Motion for Letter be granted as unopposed. *Id.* at 3. However, Plaintiff is incorrect that Defendants have missed their deadlines to respond to these motions. First,

with regard to Plaintiff's Motion for TRO [#9], on October 20, 2008, Defendants filed a motion for extension of time to respond to the Motion for TRO [Docket No. 107]. By Order dated October 21, 2008, the Court granted Defendants' Motion for Extension of time, thereby extending the time for Defendants to respond to the Motion for TRO until November 3, 2008 [Docket No. 109]. Second, with regard to Plaintiff's Motion for Letter [#36], the Defendants filed a Response to this Motion on October 20, 2008 [Docket No. 106]. Further, the Court denied Plaintiff's Motion for Letter [#36] as moot by Order dated October 22, 2008 [Docket No. 110]. Accordingly, Defendants have responded to these Motions within the deadlines set by the Court.

IT IS HEREBY **ORDERED** that Plaintiff's **Request and Motion for Ruling of Documents (9) and (36) for Defense Has Failed to Answer as Ordered** [Docket No.114; Filed October 27, 2008] is **DENIED.**

Dated: October 28, 2008