IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00164-WYD-KLM

MIKEAL GLENN STINE,

    Plaintiff,

v.

HARLEY LAPPIN, Director, BOP;
MICHAEL NALLEY, Regional Director, BOP; and
RON WILEY, Warden, ADX, Supermax,

    Defendants.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In Plaintiff's Motion for Injunction [doc. #164], filed March 13, 2009, Plaintiff alleges that the withholding of his outgoing legal mail prevented him from filing timely objections to the Recommendation of Magistrate Judge Kristen L. Mix [doc. #140], filed January 9, 2009.  Accordingly, Plaintiff is granted an extension of time to file objections to that recommendation in order to preserve *de novo* review by this Court.  Plaintiff shall file his objections not later than **Thursday, April 30, 2009**.

    Dated: April 16, 2009